UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-56 (SRN/EMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | **MOTION TO UNSEAL** |
| KIRON JAMOLL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and William C. Mattessich, Assistant United States Attorney, hereby moves the Court for an order to unseal the Superseding Indictment in the above-referenced matter.

This motion is based upon the records and proceedings in this matter.

Dated: June 30, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

_s/ William C. Mattessich_
BY: WILLIAM C. MATTESSICH
Assistant U.S. Attorney