UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-56 (SRN/EMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KIRON JAMOLL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Government's Motion to Unseal the Indictment in this case. NOW, THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is granted.

Dated: June 30, 2026          *s/Douglas L. Micko*
                              DOUGLAS L. MICKO
                              United States Magistrate Judge